**AMBER A. BAYLOR**
California State Bar No. 248196
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Email: Amber_Baylor@fd.org

Attorneys for Mr. Ochoa-Lopez

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            )<br>       Plaintiff,  )<br>            )<br>v.          )<br>            )<br>JULIO CESAR OCHOA-LOPEZ,  )<br>            )<br>       Defendant.  )<br>            ) | Case No. 07MJ2637<br><br>**NOTICE OF APPEARANCE** |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Amber A. Baylor, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                                          Respectfully submitted,


Dated: November 16, 2007                 s/ *Amber Baylor*
                                                          **AMBER BAYLOR**
                                                          Federal Defenders of San Diego, Inc.
                                                          Attorneys for Mr. Ochoa-Lopez
                                                          Amber_Baylor@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: November 16, 2007                     /s/ *Amber Baylor*
**AMBER BAYLOR**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
E-mail: Amber_Baylor@fd.org